UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MONICA ALEGRIA SOLINES      CIVIL ACTION

NO. 18-3680

SECTION "R" (3)

## ORDER AND REASONS

The Court, having reviewed *de novo* the application for discovery under 28 U.S.C. § 1782,[1] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, the application for discovery is GRANTED.

New Orleans, Louisiana, this __15th__ day of May, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]     R. Doc. 1.
[2]     R. Doc. 5.